**BLUMENTHAL, NORDREHAUG & BHOWMIK**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
  Piya Mukherjee (State Bar #274217)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RODRIGUEZ, an individual, on behalf of himself and on behalf of all persons similarly situated, | Case No. **CV 13-1076 LB** <br><br> (Class Action) |
| Plaintiff, | NOTICE OF CONSENT FILING |
| vs. | |
| STAPLES THE OFFICE SUPERSTORE, LLC, a Delaware limited liability company; and DOES, 1 through 50, inclusive, | Complaint Filed: December 21, 2012 |
| Defendant. | |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiff hereby files the Consent Form on behalf of Steven Rodriguez attached hereto as **Exhibit #1** and incorporated by this reference herein.

1
2  Dated: March 28, 2013           BLUMENTHAL, NORDREHAUG & BHOWMIK
3
                                         /s/ *Aparajit Bhowmik*
                                  By:_____
4                                        Aparajit Bhowmik
                                         Attorneys for Plaintiff
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF CONSENT FILING

Case No. CV 13-1076 LB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# **EXHIBIT #1**

NOTICE OF CONSENT FILING

Case No. CV 13-1076 LB

# CONSENT FORM AND DECLARATION

I hereby consent to join the lawsuit against Staples The Office Superstore, LLC ("STAPLES") in the case entitled *Rodriguez, et al. v. Staples The Office Superstore,* Case No. CV 13 1076 as a party Plaintiff to assert claims against STAPLES for violation of the Fair Labor Standards Act and for STAPLES' failure to pay overtime compensation. During the past two years, there were regular occasions when I worked over 40 hours per week for STAPLES and was underpaid overtime compensation.

By my signature below, I hereby authorize the filing and prosecution of claims in my name and on my behalf to contest STAPLES' failure to pay me wages and overtime as required under state and federal law and also authorize the filing of this consent in the action(s) challenging such conduct.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____  3-26-13
Signature                        Date

STEVEN R RODRIGUEZ
Print Name

# CERTIFICATE OF SERVICE

I, at all relevant times, was a citizen of the United States and a resident of the County of San Diego and am employed by the attorney of record in this action located at 2255 Calle Clara, La Jolla, California 92037. I hereby certify that the following document(s):

**(1) NOTICE OF CONSENT FILING**

has been served on the parties pursuant to the following method(s):

__ XX __   (BY ELECTRONIC SERVICE):  I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Northern District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

__ XX __   (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the foregoing is true an correct under penalty of perjury

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on March 28, 2013 at La Jolla, California.

*/s/ Aparajit Bhowmik*
———————————————
Aparajit Bhowmik

K:\D\Dropbox\Pending Litigation\Staples - Rodriguez\p-pos-Consent Filing.wpd