1  BLUMENTHAL, NORDREHAUG & BHOWMIK
   Norman B. Blumenthal (SBN 068687)
2  Kyle R. Nordrehaug (SBN 205975)
   Aparajit Bhowmik (SBN 248066)
3  Piya Mukherjee (SBN 274217)
   2255 Calle Clara
4  La Jolla, CA 92037
   Telephone: (858) 551-1223
5  Facsimile: (858) 551-1232

6  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RODRIGUEZ, an individual, on behalf of himself and on behalf of all persons similarly situated, | Case No. **CV 13 1076 EMC** |
| Plaintiff, | **PLAINTIFF'S REQUEST FOR COUNSEL TO PARTICIPATE IN INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE;** |
| v. | [P~~ROPOS~~ED] ORDER  (Denied) |
| STAPLES THE OFFICE SUPERSTORE, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive, | [Civ. L.R. 16-10(a)] |
| Defendants. | Date:       July 11 2013<br>Time:       9:00 A.M.<br>Courtroom:  5, 17TH FLOOR |

1     Pursuant to Civil Local Rule 16-10(a) and the Standing Orders of the Court, attorney Piya
2 Mukherjee, Esq. of Blumenthal, Nordrehaug & Bhowmik, counsel for Plaintiff Steven
3 Rodriguez, in the above-entitled action, respectfully requests to participate in the Initial Case
4 Management Conference telephonically.

5     There is good cause for this request based on the fact that counsel is located in San
6 Diego, California, and scheduling conflicts would cause logistical difficulty for counsel to appear
7 at the Initial Case Management Conference in person. The Initial Case Management Conference
8 in this matter is set for July 11, 2013 at 9:00 A.M., before the Honorable District Judge Edward
9 M. Chen.

10
11 DATED: July 3, 2013                        BLUMENTHAL, NORDREHAUG & BHOWMIK
12
13                                             By    */s/ Piya Mukherjee*
14                                                      Piya Mukherjee
                                                     Email: piya@bamlawca.com
15                                        Attorneys for Plaintiff
16
17                               **[~~PROPOSED~~] ORDER**

18     Having considered Plaintiff's Request for Counsel to Participate in Initial Case
19 Management Conference by Telephonic Appearance, it is HEREBY ORDERED that Plaintiff's
20 request is ~~GRANTED.~~    DENIED. Counsel must appear in person. Parties may submit a
21                                   stipulation to continue the CMC if so desired.

22     **IT IS SO ORDERED**
23 DATE: July __10__, 2013
24                                      Honorable Edward M. Chen
25                                      UNITED STATES DISTRICT JUDGE
26
27
28

[Stamp: DENIED — Judge Edward M. Chen — United States District Court, Northern District of California]

# CERTIFICATE OF SERVICE

I, at all relevant times, was a citizen of the United States and a resident of the County of San Diego and am employed by the attorney of record in this action located at 2255 Calle Clara, La Jolla, California 92037. I hereby certify that the following document(s):

**(1) PLAINTIFF'S REQUEST FOR COUNSEL TO PARTICIPATE IN INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE; [PROPOSED] ORDER**

has been served on the parties pursuant to the following method(s):

__XX__ (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Northern District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

__XX__ (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the foregoing is true an correct under penalty of perjury

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 3, 2013 at La Jolla, California.

*/s/ Piya Mukherjee*
_____
Piya Mukherjee

G:\D\Dropbox\Pending Litigation\Staples - Rodriguez\p-pos-Consent Filing.wpd