| | |
|---|---|
| 1 | BLUMENTHAL, NORDREHAUG & BHOWMIK |
| | Norman B. Blumenthal (SBN 068687) |
| 2 | Kyle R. Nordrehaug (SBN 205975) |
| | Aparajit Bhowmik (SBN 248066) |
| 3 | Piya Mukherjee (SBN 274217) |
| | 2255 Calle Clara |
| 4 | La Jolla, CA 92037 |
| | Telephone: (858) 551-1223 |
| 5 | Facsimile: (858) 551-1232 |
| 6 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RODRIGUEZ, an individual, on behalf of himself and on behalf of all persons similarly situated, | Case No. **CV 13 1076 EMC** |
| Plaintiff, | **PLAINTIFF'S REQUEST FOR COUNSEL TO PARTICIPATE IN INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE;** |
| v. | [P~~ROPOS~~ED] ORDER  (Denied) |
| STAPLES THE OFFICE SUPERSTORE, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive, | **[Civ. L.R. 16-10(a)]** |
| Defendants. | Date:      July 11 2013 |
| | Time:      9:00 A.M. |
| | Courtroom:  5, 17TH FLOOR |

1  Pursuant to Civil Local Rule 16-10(a) and the Standing Orders of the Court, attorney Piya
2  Mukherjee, Esq. of Blumenthal, Nordrehaug & Bhowmik, counsel for Plaintiff Steven
3  Rodriguez, in the above-entitled action, respectfully requests to participate in the Initial Case
4  Management Conference telephonically.
5  There is good cause for this request based on the fact that counsel is located in San
6  Diego, California, and scheduling conflicts would cause logistical difficulty for counsel to appear
7  at the Initial Case Management Conference in person.  The Initial Case Management Conference
8  in this matter is set for July 11, 2013 at 9:00 A.M., before the Honorable District Judge Edward
9  M. Chen.

DATED:  July 3, 2013                           BLUMENTHAL, NORDREHAUG &
                                               BHOWMIK


                                               By       */s/ Piya Mukherjee*
                                                        Piya Mukherjee
                                                  Email: piya@bamlawca.com

                                               Attorneys for Plaintiff

### [~~PROPOSED~~] ORDER

Having considered Plaintiff's Request for Counsel to Participate in Initial Case Management Conference by Telephonic Appearance, it is HEREBY ORDERED that Plaintiff's request is ~~GRANTED.~~  DENIED.  Counsel must appear in person.  Parties may submit a stipulation to continue the CMC if so desired.

**IT IS SO ORDERED**

DATE: July __10__, 2013         _____
                                Honorable Edward M. Chen
                                UNITED STATES DISTRICT JUDGE

*[DENIED stamp signed by Judge Edward M. Chen, United States District Court, Northern District of California]*

# CERTIFICATE OF SERVICE

I, at all relevant times, was a citizen of the United States and a resident of the County of San Diego and am employed by the attorney of record in this action located at 2255 Calle Clara, La Jolla, California 92037. I hereby certify that the following document(s):

**(1)     PLAINTIFF'S REQUEST FOR COUNSEL TO PARTICIPATE IN INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE; [PROPOSED] ORDER**

has been served on the parties pursuant to the following method(s):

__XX__     (BY ELECTRONIC SERVICE):  I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Northern District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

__XX__     (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the foregoing is true an correct under penalty of perjury

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on July 3, 2013 at La Jolla, California.

*/s/ Piya Mukherjee*
_____
Piya Mukherjee

G:\D\Dropbox\Pending Litigation\Staples - Rodriguez\p-pos-Consent Filing.wpd