KAREN J. KUBIN (CA SBN 71560)
KKubin@mofo.com
LLOYD W. AUBRY, JR. (CA SBN 65089)
LAubry@mofo.com
COLETTE M. LEBON (CA SBN 274202)
CLeBon@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

NANCY R. THOMAS (CA SBN 236185)
NThomas@mofo.com
TRITIA M. MURATA (CA SBN 234344)
TMurata@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendant
STAPLES THE OFFICE SUPERSTORE, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RODRIGUEZ, an individual, on behalf of himself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STAPLES THE OFFICE SUPERSTORE, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.   CV 13 1076 EMC<br><br>**STIPULATED DISMISSAL OF ACTION**<br><br>[F.R.C.P. 41(a)] |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereto stipulate to the dismissal of the above-captioned action in its entirety. The claims alleged on behalf of Plaintiff Steven Rodriguez as an individual shall be dismissed with prejudice. The claims alleged

1    on behalf of putative class and collective action members shall be dismissed without prejudice.

2    Each side shall bear his or its own attorneys' fees and costs.

3           IT IS SO STIPULATED.

4    Dated: ~~October ___, 2013~~ January 29, 2014       Dated:   October ___, 2013   January 28, 2014

5    BLUMENTHAL, NORDREHAUG &       MORRISON & FOERSTER LLP
     BHOWMIK

6

7    By: _____       By: _____

8        Piya Mukherjee              Karen J. Kubin

9    Attorneys for Plaintiff          Attorneys for Defendant
     STEVEN RODRIGUEZ         STAPLES THE OFFICE SUPERSTORE, LLC

10

11    IT IS SO ORDERED

12    Edward M. Chen

13    U.S. District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28